# Court of Appeals
# of the State of Georgia

ATLANTA,  April 11, 2023

*The Court of Appeals hereby passes the following order:*

**A23A1217. CHRISTOPHER P. PEARSON v. THE STATE.**
**A23A1218. CHRISTOPHER P. PEARSON v. THE STATE.**

Between 2013 and 2020, Christopher P. Pearson was convicted of burglary, statutory rape, and failing to register as a sex offender. In each instance, he was ordered to serve a portion of his sentence in confinement and the remainder on probation. In December 2022, the State petitioned to revoke Pearson's probation in each underlying case on the bases that Pearson had committed a new offense and had failed to comply with the conditions of his probation. The trial court revoked Pearson's probation in each case, and Pearson filed these direct appeals. In Case No. A23A1217, Pearson seeks to appeal the revocation of his probation in the burglary case. In Case No. A23A1218, Pearson seeks to appeal the revocation of his probation in the statutory rape and registration cases. In both cases, we lack jurisdiction.

Appeals from probation revocation orders must be made by application for discretionary appeal. See OCGA § 5-6-35 (a) (5). "Compliance with the discretionary

appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Pearson's failure to follow the proper procedure deprives us of jurisdiction over these direct appeals. Accordingly, these appeals are hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   04/11/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ *, Clerk.*